OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 29 2015

10/28/2015
HENDERSON, MICHAEL PATRICK Tr. Ct. No. 564120-A        WR-84,020-01
This is to advise that the Court has dismissed without written order the application
for writ of habeas corpus.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE

MICHAEL PATRICK HENDERSON
HARRIS COUNTY ~ SPN # 556150
HOUSTON, TX